UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SUSAN S. CRANE,<br><br>                Defendant. | CASE NO. CR10-5586BHS<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY SENTENCE |

      This matter comes before the Court on Defendant Susan S. Crane's ("Crane") motion to modify sentence (Dkt. 228). The Court has reviewed the briefs filed in support of and in opposition to the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

      On December 13, 2010, a jury found Crane guilty of trespassing on Bangor Naval Base. Dkt. 123. On March 28, 2011, the Court sentenced Crane to 15 months of imprisonment to be followed by one year of supervised release. Dkt. 186. On August 30, 2011, Crane filed a motion to modify her sentence requesting that her sentence be modified so that she is ordered to serve her one year of supervised release in confinement. Dkt. 228. On September 6, 2011, the Government responded. Dkt. 229.

      A district court may increase a sentence of incarceration only where modification is expressly permitted by statute or permitted by Federal Rule of Criminal Procedure 35. 18 U.S.C. § 3582(c)(1)(B). Where a defendant fails to meet these requisites, the district court lacks jurisdiction to modify her sentence. *United States v. Barragan-Mendoza*, 174 F.3d 1024, 1028 (9th Cir. 1999) ("District courts do not have inherent authority to resentence defendants at any time."); *United States v. Hovsepian*, 307 F.3d 922, 927 (9th

ORDER - 1

Cir. 2002) (same). Federal Rule of Criminal Procedure 35(a), provides that the district court may modify a sentence within 14 days of imposing it, in order to "correct a sentence that resulted from arithmetical, technical, or other clear error." Fed. R. Crim. P. 35(a).

In this case, the Court lacks jurisdiction to increase Crane's sentence of imprisonment. Therefore, it is hereby **ORDERED** that Crane's motion to modify sentence (Dkt. 228) is **DENIED**.

DATED this 13th day of September, 2011.

BENJAMIN H. SETTLE
United States District Judge